**THE GONZALEZ LAW GROUP, PLC**
J.J. Gonzalez, Esq., SBN 243647
jj@golawgroup.com
Bryn C. Ma, Esq., SBN 249620
bryn@golawgroup.com
210 W. First St., Suite 213
Santa Ana, California 92701
(714) 277-3787
(714) 479-0737 fax

Attorneys for Plaintiff,
MAI THI TRAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MAI THI TRAN, <br><br> Plaintiff, <br><br> vs. <br><br> WINDSOR MANAGEMENT CO., ACCREDITED HOME LENDERS, INC. and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.  SACV09-171 JVS (Anx) <br><br> Hon. James V. Selna <br><br> **ORDER TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT** |

The Court, having considered Plaintiff Mai Thi Tran's Motion to Remand pursuant to 28 U.S.C. A § 1447(c) and Federal Rules of Civil Procedure § 7(b), hereby **GRANTS** the Motion to Remand.  The Clerk of the Court is directed to remand this matter to the Orange County Superior Court, Central Justice Center.

**IT IS SO ORDERED.**

Dated: March 27, 2009

_____
Hon. James V. Selna
United States District Court Judge
Central District of California

[PROPOSED] ORDER
-1-